IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| RICHARD EARL WEBB | : | CASE NO: 10-64227 |
| EDITH MAE WEBB | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | OBJECTION TO CLAIM(S) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Standing **Chapter 13 Trustee, Toby L. Rosen**, and objects to claim **No. 015** filed herein by ZENITH ACQUISITION CORP for the following reason:

This claimant did not provide a statement of account or any other attachments required to provide proof of said claim as required by Bankruptcy Rule 3001(c).

**WHEREFORE**, the Trustee prays that the above claim be **DENIED**.

/S/ Toby L. Rosen
Toby L Rosen, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **OBJECTION TO CLAIM(S)** was electronically transmitted on or about December 17, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

NICOLE ROHR

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

RICHARD EARL and EDITH MAE WEBB
2516 POPLAR STREET NW
MASSILLON, OH 44647

ZENITH ACQUISITION CORP
170 NORTHPOINTE PKWY SUITE 300
AMHERST, NY 14228

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to claim in the bankruptcy case.

**The claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

The within relief shall be granted without further hearing after **THIRTY (30) DAYS** from service hereof.

If you wish to file an **OBJECTION** or a request for **HEARING**, or if you do not want the court to **eliminate or change** said claim, then on or before **JANUARY 18, 2011**, you or your lawyer must:

File with the Court a written response to the objection, explaining your position at:

> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Avenue SW
> Canton, Ohio 44702

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

> Chapter 13 Trustee
> 400 W Tuscarawas St, Ste #400
> Canton, Ohio 44702

and the Debtor's Attorney at:

> NICOLE ROHR
> THRUSH & ROHR
> 4410 22ND STREET NW
> CANTON, OH 44708

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.